UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY BAUDER,

      Petitioner,

                                  CASE NO. 2:10-CV-10217
v.                                JUDGE AVERN COHN
                                  MAGISTRATE JUDGE PAUL J. KOMIVES

SHERRY BURT,

      Respondent.
_____/

ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT (docket #8)

This matter is before the Court on petitioner's motion to supplement his pending application for the writ of habeas corpus. Upon consideration, it is ORDERED that petitioner's motion is hereby GRANTED. The proposed supplemental authority attached to petitioner's motion is considered in the Report and Recommendation filed on this date.

      IT IS SO ORDERED.


Dated: March 30, 2012                        s/Paul J. Komives
                                                 PAUL J. KOMIVES
                                                 UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on April 2, 2012 electronically and/or U.S. mail.

                                                   s/Michael Williams
                                                 Relief Case Manager for the Honorable Paul J. Komives