UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY BAUDER,

        Petitioner,

Case No. 10-10217

v.

HONORABLE AVERN COHN

SHERRY BURT,

        Respondent.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, petitioner's Petition for Writ of Habeas Corpus is DENIED and judgment is entered in favor of the respondent.

DAVID WEAVER

Dated: April 17, 2012        By:   S/Julie Owens
                                                                 Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 17, 2012, by electronic and/or ordinary mail.

                                                                S/Julie Owens
                                                                 Case Manager, (313) 234-5160